NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE:  MEDICAL BIOMECH PARTNERSHIP,**
*Appellant*

---

2016-2159

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 12/732,181.

---

## JUDGMENT

---

JOSEPH ANTHONY FARCO, Locke Lord LLP, New York, NY, argued for appellant.

AMY J. NELSON, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Michelle K. Lee. Also represented by NATHAN K. KELLEY, BENJAMIN T. HICKMAN, THOMAS W. KRAUSE.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, DYK, and HUGHES, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


|   May 15, 2017   | /s/ Peter R. Marksteiner |
| :---: | :--- |
| Date | Peter R. Marksteiner |
|  | Clerk of Court |